ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Applied Construction Technologies, LLC | ) ASBCA No. 63779 |
| | ) |
| Under Contract No. FA9401-14-D-0004 | ) |

APPEARANCES FOR THE APPELLANT:      Jason W. Moy, Esq.
                                    Joshua D. Schnell, Esq.
                                    Rhina M. Cardenal, Esq.
                                      Cordatis LLP
                                      Arlington, VA


APPEARANCES FOR THE GOVERNMENT:     Caryl A. Potter III, Esq.
                                      Air Force Deputy Chief Trial Attorney
                                    Nicholas T. Iliff, Jr., Esq.
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  November 7, 2024

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63779, Appeal of Applied Construction Technologies, LLC, rendered in conformance with the Board's Charter.

Dated:  November 8, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals